# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### CENTRAL DIVISION

**FREDRICK PENNINGTON, JR.**                                          **PLAINTIFF**

v.                      **Case No. 4:24-cv-00349-LPR**

**CALVIN TAYLOR, Supervisor, Custom Craft Poultry and WATSON, Supervisor, Custom Craft Poultry**                                                    **DEFENDANTS**

## ORDER

Plaintiff Frederick Pennington, Jr. initiated this *pro se* lawsuit on April 22, 2024.[1] On August 26, 2024, the Court issued an Order granting Mr. Pennington's request to proceed *in forma pauperis*, explaining why he had failed to sufficiently state a claim upon which relief could be granted, and giving Mr. Pennington forty-five days to amend his Complaint.[2] The Court warned Mr. Pennington that failure to file an amended complaint would result in the dismissal of his case.[3] Mr. Pennington has not complied with, or otherwise responded to, the Court's Order, and the time for doing so has expired.

Accordingly, for the reasons stated in the Court's August 26, 2024 Order, Mr. Pennington's Complaint (Doc. 2) is DISMISSED without prejudice. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal of this Order or the accompanying Judgment would not be taken in good faith.

IT IS SO ORDERED this 30th day of October 2024.

                                                    _____
                                                    LEE P. RUDOFSKY
                                                    UNITED STATES DISTRICT JUDGE

---

[1] Compl. (Doc. 2).

[2] Order (Doc. 8).

[3] *Id*.